THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE STAR COMPANY, Appellant, *v.* WALTER H. KNAPP et al., as Tax Commissioners of the State of New York, et al., Respondents.

*Franchise tax — when properly assessed against foreign corporation as doing business within state.*

*People ex rel. Star Co.* v. *Knapp*, 192 App. Div. 937, affirmed.
(Argued September 30, 1920; decided October 19, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered August 7, 1920, which modified and confirmed as modified a determination of the state tax commission assessing

franchise tax as against the relator for the years 1904–1917, inclusive. The relator was incorporated under the laws of New Jersey in February, 1903. It acquired in the year 1904 all of the capital stock of the following corporations, except the qualifying shares: Star Company (of New York), which is the owner and publisher of the New York *American*, the New York Evening Journal Company, which was then the owner and publisher of the New York *Evening Journal*, and the Deutches' Journal Company, which was then the owner and publisher of the *Deutches' Journal*. In 1907 the relator acquired all of the stock, with the exception of the qualifying shares, of directors of the McConnell Printing Company. No tax was ever assessed against the relator in the state of New York until August 21, 1918, when a franchise tax was assessed against the company for the year ending October 31, 1917, in the sum of $750. On the 28th day of August, 1918, the state tax department required the corporation to file capital stock reports for the years 1903 to 1916, inclusive. Such reports were filed under protest and thereafter a further tax was assessed against the company for the years 1903 to 1916, inclusive. The relator made application to the state tax department for the revision and re-adjustment of the taxes thus assessed against it and to set aside said taxes on the ground that it was a foreign corporation and was not and had not been doing business in this state. On October 14, 1919, the state tax commission made a final determination setting aside the tax assessed against the relator for the year ending October 31, 1903, and affirming the tax for the years from 1904 to 1916, inclusive, in the sum of $11,250, and on October 28, 1919, the state tax commission made a final determination affirming the tax assessed against the relator for the year ending October 31, 1917, in the sum of $750. A writ of certiorari was obtained for the purpose of reviewing these assessments. The taxes assessed for the years 1904 and 1905 were canceled and for the years 1906 to 1917, inclusive, were affirmed by the Appellate Division.

*Royal W. France* for appellant.

*Charles D. Newton*, Attorney-General (*C. T. Dawes* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ELKUS, JJ.